**Hearing shall be held on 4/30/2009 at 09:30 in Austin Courtroom 1.**
**Movant is responsible for notice.**



# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: April 23, 2009**

*Craig A. Gargotta*

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: CHRISTINE LEE WENTZ-DUVALL | § § § § | CASE NO. 09-10819CAG |
| Debtor | § | Chapter 13 Proceeding |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION

Pending before the Court is the Motion for Expedited Consideration of Motion to Extend Automatic Stay filed by Christine Lee Wentz-Duvall, Debtor.

The Court, having considered the Motion and any response filed thereto, is of the opinion that it is meritorious and should be granted. It is therefore, ORDERED that :

1. The relief requested by the Motion is hereby granted.

2. The Debtor's Motion to Extend Automatic Stay will be considered on an expedited basis.

# # #

Order Submitted By, and Signed Order to be Forwarded to:

Gordon W. Hardin
State Bar Number 08963700
1823 Fortview #209
Austin, TX 78704
(512)707-3159
FAX 707-8049