

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 30, 2009**

_Craig A. Gargotta_
_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: CHRISTINE LEE WENTZ-DUVALL | § | CASE NO. 09-10819CAG |
| | § | |
| | § | |
| | § | |
| Debtor | § | Chapter 13 Proceeding |

### ORDER GRANTING MOTION TO EXTEND STAY

Pending before the Court is the Motion to Extend Automatic Stay filed by Christine Lee Wentz-Duvall, Debtor.

The Court, having considered the Motion and any response filed thereto, is of the opinion that it is meritorious and should be granted. It is therefore, ORDERED that :

1. The relief requested by the Motion is hereby granted.

2. The Automatic Stay is hereby extended in the above-styled and numbered case. All persons having notice of this Order are hereby ORDERED to comply with the terms of that stay.

# # #