

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 06, 2009**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:  CHRISTINE L. WENTZ-DUVALL, | § | CASE NO. 09-10819-CAG |
| | § | |
| **DEBTOR** | § | CHAPTER 13 |

### ORDER DISMISSING CHAPTER 13 CASE

Came on to be heard by the Court in the above-captioned and numbered bankruptcy proceeding the *Motion to Dismiss Chapter 13 Case (hereinafter, "Motion,")* filed herein by Deborah B. Langehennig, Chapter 13 Trustee.  The Court, having reviewed the allegations contained in the *Motion,* has determined that the *Motion* should be, and hereby is, GRANTED.

IT IS, THEREFORE, ORDERED that this Chapter 13 case be, and the same hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Trustee be discharged and relieved of her trust and of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Prepared by:
Deborah B. Langehennig
Chapter 13 Trustee
3801 Capital of Texas Highway South, Suite 320
Austin, Texas 78704
(512) 912-0305